# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MICHAEL NEMEE, et al. | CASE NO. CV F 12-2048 LJO |
| Debtors. _____/ | **ORDER FOR RESPONSE TO MOTION TO WITHDRAW BANKRUPTCY REFERENCE** (Doc. 1.) |
| MICHAEL NEMEE, et al., | |
| Plaintiffs, | |
| vs. | |
| BRENT HARRINGTON, et al., | |
| Defendants. _____/ | |

Plaintiffs Michael Nemee and Michelle Nemme have initiated this action to withdraw the bankruptcy reference of their adversary proceeding and transfer the adversary proceeding to this Court as a civil action separate from their Chapter 7 bankruptcy. As such, this Court ORDERS defendants, no later than January 7, 2013, to file and serve papers to address whether they oppose or agree to withdrawal of bankruptcy reference and transfer of the adversary proceeding to this Court. Upon review of the defense papers, this Court will rule on bankruptcy withdrawal or issue other orders as appropriate.

IT IS SO ORDERED.

Dated:   December 19, 2012             /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1