# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MICHAEL NEMEE, et al. | CASE NO. CV F 12-2048 LJO |
| Debtors. / | **ORDER TO WITHDRAW BANKRUPTCY REFERENCE AND TO STAY ACTION** (Doc. 1.) |
| MICHAEL NEMEE, et al., | |
| Plaintiffs, | |
| vs. | |
| BRENT HARRINGTON, et al., | |
| Defendants. / | |

Plaintiffs Michael Nemee and Michelle Nemme ("plaintiffs") have initiated this action to withdraw the bankruptcy reference of their adversary proceeding case no. 11-09068 and to transfer the adversary proceeding to this Court as a civil action separate from their completed Chapter 7 bankruptcy. Defendants oppose bankruptcy withdrawal in that the bankruptcy court "still has jurisdiction to maintain adversary proceeding 11-09068 because it had 'related to' jurisdiction when the adversary proceeding was filed" and "it makes the most sense to keep adversary proceeding number 11-09068 in the Bankruptcy Court rather than transfer the case to a Court that was not involved in the prior trial."

This Court has reviewed the matter and agrees with plaintiffs that the bankruptcy reference should be withdrawn and this action stayed. As such, this Court:

1. WITHDRAWS the bankruptcy reference of adversary proceeding no. 11-09068 and DIRECTS the bankruptcy court clerk to transfer adversary proceeding no. 11-09068 to this Court;

2. STAYS this action upon transfer of adversary proceeding no. 11-09068 to this Court and pending resolution of the appeal in adversary proceeding no. 09-09088 (Ninth Circuit Case No. 12-16570);

3. ORDERS the parties, no later than March 21, 2013 and every 60 days thereafter, to file a joint status report to address the status of the appeal in adversary proceeding no. 09-09088 (Ninth Circuit Case No. 12-16570), the need to continue stay of this action and other matters pertinent to the management of this action; and

4. DIRECTS this Court's clerk to assign a magistrate judge to this action to take necessary action to secure the transfer of adversary proceeding no. 11-09068 to this Court.

IT IS SO ORDERED.

Dated:   **January 8, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE