# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL NEMEE, et al.,

          Plaintiffs,

   vs.

BRENT HARRINGTON,
et al.,

          Defendants.

_____/

CASE NO. CV F 12-2048 LJO SKO

**NOTICE OF INTENT TO DISMISS AND CLOSE ACTION**

     Given the parties' failure to comply with this Court January 8, 2013 order to require a joint status report, this Court will dismiss and close this action, unless no later than April 1, 2013, a joint status report or other papers are filed showing good cause not to dismiss and close this action. **This Court ADMONISHES the parties that failure to comply with this order will result in dismissal of this action with or without prejudice.**

     IT IS SO ORDERED.

**Dated:   March 25, 2013**          /s/  Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE