**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL NEMEE, et al., | CASE NO. CV F 12-2048 LJO SKO |
| Plaintiffs, | **NOTICE OF INTENT TO DISMISS AND CLOSE ACTION** |
| vs. | |
| BRENT HARRINGTON, et al., | |
| Defendants. | |
| _____ / | |

Given the parties' failure to comply with this Court January 8, 2013 order to require a joint status report, this Court will dismiss and close this action, unless no later than April 1, 2013, a joint status report or other papers are filed showing good cause not to dismiss and close this action. **This Court ADMONISHES the parties that failure to comply with this order will result in dismissal of this action with or without prejudice.**

IT IS SO ORDERED.

**Dated:   March 25, 2013**          /s/  **Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

1