**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MICHAEL NEMEE, et al. | CASE NO. CV F 12-2048 LJO |
| Debtors. | **ORDER TO SET ASIDE JUDGMENT** |
| _____/ | (Docs. 15, 16.) |
| MICHAEL NEMEE, et al., | |
| Plaintiffs, | |
| vs. | |
| BRENT HARRINGTON, et al., | |
| Defendants. | |
| _____/ | |

Given satisfaction by plaintiffs' counsel of the conditions set by this Court's May 21, 2013 order, this Court SETS ASIDE the judgment (doc. 9) entered on April 2, 2013. This Court REITERATES its order to require the parties, no later than July 12, 2013, and every 60 days thereafter, to file status reports to address appeal of the related matter and continued stay of this action.

IT IS SO ORDERED.

**Dated:    May 29, 2013                    /s/  Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

1