# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEMEE and MICHELLE NEMEE,<br><br>    Plaintiff,<br><br>  v.<br><br>BRENT HARRINGTON, SHAELYN STRATTAN, ROBERT SELLMAN, AND THE COUNTY OF CALAVERAS and DOES 1-20, inclusive,<br><br>    Defendant.<br>_____/ | Case No. 1:12-cv-02048-LJO-SKO<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO MAY 13, 2014 AT 9:30 A.M.**<br><br>**CTRM: #7 (6th Floor)**<br><br>**SHEILA K. OBERTO<br>U.S. MAGISTRATE JUDGE** |

Good cause shown by the Stipulation of the parties hereto through their respective counsel,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently scheduled for April 22, 2014, at 9:45 a.m. in Courtroom #7 (6th Floor) before the Honorable SHEILA K. OBERTO, U. S. Magistrate Judge, shall be continued to May 13, 2014, at 9:30 a.m. in Courtroom #7 (6th Floor) before U.S. Magistrate Judge SHEILA K. OBERTO.

IT IS SO ORDERED.

    Dated:   **April 17, 2014**                      **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE