1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MICHAEL NEMEE, et al.,                         Case No.  1:12-cv-2048-LJO-SKO

10              Plaintiffs,                       **ORDER REASSINGING CASE**

11       v.                                       **NEW CASE NUMBER:**
                                                  **1:12-cv-02048-SKO**
12

13  BRENT HARRINGTON, et al.,

14              Defendants.
    _____/

15

16          All parties having executed consent forms, it is ordered that this matter be reassigned from

17  the docket of United States District Judge Lawrence J. O'Neill, to the docket of United States

18  Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of judgment.

19          To prevent a delay in documents being received by the correct judicial officer, the new

20  case number listed below shall be used on all future documents:

21                                   **1:12-cv-02048-SKO**

22
    **SO ORDERED**
23  **Dated: May 29, 2014**

24                                               **/s/ Lawrence J. O'Neill**
                                                 **United States District Judge**
25

26

27

28