# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEMEE and MICHELLE NEMEE, | Case No. 1:12-cv-02048-SKO |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| v. | |
| BRENT HARRINGTON, et al., | |
| Defendants. | |

On June 25, 2014, Defendants Brent Harrington, Shaelyn Strattan, Robert Sellman, and the County of Calaveras ("Defendants") filed a notice indicating the parties in this matter have reached a settlement. (Doc. 33.) Defendants state the parties are working to obtain all signatures required for the settlement and request all dates in this case be vacated and request a status conference be set in August or September 2014. Defendants anticipate by September the parties will have obtained all necessary signatures for purposes of the settlement agreement and, at that time, will be prepared to file dispositional documents.

1  Accordingly, pursuant to Local Rule 160 of the United States District Court, Eastern
2 District of California, the Court ORDERS the parties, **by no later than September 15, 2014,** to
3 file the appropriate documents to dismiss or conclude this action in its entirety.

4  The Court VACATES all pending matters and dates in this action.  By no later than
5 August 29, 2014, the parties shall request that a further status conference be set if they determine
6 they will be unable to finalize their settlement and file dispositive case documents by September
7 15, 2014.

8
9
10 IT IS SO ORDERED.

11  Dated:   **June 27, 2014**                         **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28